Clyde McGRIFF, Appellant

v.

PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.

Supreme Court of Pennsylvania.

Oct. 21, 2003.

### ORDER

PER CURIAM.

AND NOW, this 21st day of October, 2003, the Order of the Commonwealth Court is hereby **AFFIRMED**.